# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv275

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| CARROLL WAYNE BRYSON, Individually and as Administrator of The Estate of Adam Brent Bryson; and AMANDA BECK, as parent and Guardian of minor J.F.B., | ) ) ) ) ) ) ) |
| Defendant. | ) ) |

Plaintiff brought this interpleader action on September 4, 2012. Subsequently, the District Court directed the Plaintiff to show cause why the Court should not dismiss the case for failure to prosecute. The parties then filed motions to deposit funds into the registry of the Court and to appoint a guardian ad litem. The Court granted both motions. The Parties also indicated in their filings that they had reached an agreement as to the proper distribution of the Plan Benefits and once the Court granted the motion to deposit funds into the registry of the Court and motion to appoint a guardian, the parties would submit a motion for approval of minor settlement. The parties, however, have not filed a motion for

1

approval of minor settlement and have taken no further action in this case since the filing of a Notice of Substitution of Counsel on March, 22, 2013. In fact, Defendants have done little in this case since it was filed on September 4, 2012. Accordingly, the Court **DIRECTS** counsel for Plaintiff, counsel for Defendants Bryson and Beck, Victor C. Garlock as guardian ad litem, Carroll Bryson, Amanda Beck, and a corporate representative of Plaintiff to appear for a status conference on September 11, 2013, at 1:30 p.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. In addition, the Court **DIRECTS** the parties to file a joint status report with the Court at least five days prior to the hearing.

Signed: August 21, 2013

_____
Dennis L. Howell
United States Magistrate Judge