IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:12-cv-275

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY )<br><br>Plaintiff )<br><br>v. )<br><br>CARROLL WAYNE BRYSON, individually and as Administrator of the Estate of Adam Brent Bryson; and AMANDA BECK, as parent and guardian of minor J.F.B. )<br><br>Defendants ) | **ORDER** |

IT IS ORDERED by the Court that the documents filed herein, that being File 10 CVD 274 from the Office of the Clerk of Superior Court of Buncombe County; File 11 E 469 from the Office of the Clerk of Superior Court of Buncombe County and documents of Genetic Technologies, Inc. be filed as **SEALED** documents in this matter.

This the 22 day of October 2013.

_____
Dennis L. Howell, United States Magistrate Judge
for the Western District of North Carolina