UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:12cv275

| | |
|---|---|
| **AMERICAN UNITED LIFE INSURANCE COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>**CARROLL WAYNE BYSON,**<br>**Individually and as Administrator of the**<br>**Estate of Adam Brent Bryson; and**<br>**AMAND BECK, as parent and guardian**<br>**of minor, J.F.B. and VICTOR**<br>**GARLOCK, guardian ad litem**<br>**of minor, J.F.B.,**<br>Defendants. ) | CLERK'S ORDER OF DISBURSEMENT |

This matter is before the Clerk for purposes of disbursing the interest on principal on deposit with the Clerk in accordance with the November 18, 2013, Consent Judgment Order (Doc #34) from Honorable Dennis L. Howell, U.S. District Magistrate Judge that the funds on deposit with the Court registry be released to the Estate of Adam Brent Bryson and the Clerk of the Superior Court of Buncombe County.

The amount on deposit is $200,000.00 and interest in the amount of $16.73. The principal amount shall be disbursed in accordance with the court's Consent Judgment Order (Doc #34) and the interest shall be disbursed equally with $8.35 to the Estate of Adam Brent Bryson and the other $8.36 to the Clerk of the Superior Court of Buncombe County.

Signed: November 20, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Frank G. Johns, Clerk
United States District Court